COURT OF CHANCERY
OF THE
STATE OF DELAWARE

**ABIGAIL M. LEGROW**
MASTER IN CHANCERY

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 11400
WILMINGTON, DE 19801-3734

March 10, 2015

Thomas E. Noble
J.E. Mitchell Building
1901 N. DuPont Highway
New Castle, DE 19720

Re:     *Noble v. Ayvazian, et al.*, C.A. No. 10679-ML

Dear Mr. Noble:

I have received your "Motion for Reconsideration or to Stay Order Pending Action by Defendant in Related Case" (the "Motion"). Although not styled as such, I have considered your Motion as though it were a timely filed exception to my February 18, 2015 draft report recommending that the Court dismiss your complaint as legally frivolous (the "Draft Report").[1]

In the Draft Report, I concluded that your complaint should be dismissed because "[n]one of the claims alleged in the Complaint states a cause of action that may be adjudicated in this Court, nor is the relief you request something that can be awarded in a separate action." In the Motion, you argue that you will "suffer irreparable loss and harms" and your access to justice will be obstructed if I do not reconsider the Draft Report or stay the order of dismissal while your requests for relief are considered in the action currently pending before Master Ayvazian. The Motion does not, however, address or refute my conclusion that the causes of action alleged in the complaint are not matters that this Court may address in a separate action. Because the Motion does not provide a valid basis to reconsider or stay the dismissal of the complaint, I hereby adopt my draft report as a final report and recommend that the Court dismiss the complaint and deny the Motion.

IT IS SO ORDERED.

Very truly yours,

/s/ *Abigail M. LeGrow*
Master in Chancery

---

[1] *See* Court of Chancery Operating Procedures § V(3) (an order entered by a Master in Chancery dismissing a complaint under 10 *Del. C.* § 8801, such an order shall be considered a draft report to which an applicant may file an exception under Court of Chancery Rule 144).